S. Byron O'Kane and Simon Wolf, Copartners, Doing Business under the Firm Name and Style of Queensland Realty Company, Appellants, v. Woodboro Realty Company, Inc., Respondent.— Judgment dismissing complaint on the merits reversed on the law and the facts and a new trial granted, costs to appellants to abide the event. In our opinion the plaintiffs proved facts sufficient to constitute a cause of action. Lazansky, P. J., Tompkins and Davis, JJ., concur; Kapper and Scudder, JJ., dissent and vote to affirm.

Lillian E. Oltmann, Respondent, v. Henry A. Oltmann, Appellant.— Judgment unanimously affirmed, with costs. To support this judgment this court makes the following additional findings: 3-a. That on March 19, 1931, the defendant treated plaintiff in a cruel and inhuman manner by coming home grossly intoxicated and assaulting her by threatening her with a loaded revolver at three o'clock A. M. 3-b. On another occasion, the exact date of which is not fixed, the defendant seized plaintiff and threatened to put her head in the stove and pinched and bruised plaintiff in the struggle. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ. ·

Frank Pelcyger, Appellant, v. Goldbrown Building Corporation and Others, Respondents.— Order denying plaintiff's motion for summary judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, the affidavits submitted by the defendants in opposition to the motion did not set forth facts sufficient to entitle them to defend. It was incumbent upon the defendants not only to set forth in their affidavits the alleged oral agreement but also to show facts sufficient to take such agreement out of the Statute of Frauds.* The affidavits submitted in opposition to plaintiff's motion were insufficient for that purpose. In view of this decision, the appeal from the order denying plaintiff's motion to strike out the defenses contained in the amended answer is dismissed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Sarah M. Pelcyger, Appellant, v. East Twenty-seventh Street Realty Corporation and Others, Respondents.— Order denying plaintiff's motion for summary judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the grounds stated in *Pelcyger* v. *Goldbrown Building Corporation (ante,* p. 817), decided herewith. In view of this decision, the appeal from the order denying plaintiff's motion to strike out the defenses contained in the amended answer is dismissed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

The People of the State of New York, Respondent, v. Jacob Werber. Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

* See Real Prop. Law, § 259; Pers. Prop. Law, § 31, subd. 1; Id. § 85, as added by Laws of 1911, chap. 571.— [Rep.